UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

XIANG LI,

                        Plaintiff,

                                                      5:07-CV-1302 (LEK/GHL)

     v.

MORRISVILLE STATE COLLEGE and
DAVID ROGERS, *Dean of School of
Business*,

                        Defendants.

**DECISION and ORDER**

       By a Memorandum-Decision and Order issued on July 9, 2010, Judge Lawrence E. Kahn granted Defendants Morrisville State College and David Rogers' Motion for summary judgment (Dkt. No. 80); denied Plaintiff Xiang Li's ("Plaintiff") Motion appealing a February 9, 2010 Order of Magistrate Judge George H. Lowe (Dkt. No. 101); denied Plaintiff's Motion seeking to compel further discovery (Dkt. No. 95); and dismissed Plaintiff's Complaint (Dkt. No. 1).  See Dkt. No. 114.  Plaintiff has appealed to the Second Circuit Court of Appeals.  See Dkt. No. 116.

       Presently before the Court is Plaintiff's requests to proceed *in forma pauperis* during the appeal of his case.  Dkt. No. 118.

       Because Plaintiff has shown sufficient economic need, the Court grants his request to proceed with this matter *in forma pauperis* for purposes of his appeal to the Second Circuit.

       Accordingly, it is hereby

       **ORDERED**, that the Plaintiff's request to proceed with the appeal of this matter *in forma pauperis* (Dkt. No. 118) is granted, and it is further

**ORDERED**, that the Clerk serve a copy of this Order on the parties by regular mail.

**IT IS SO ORDERED**.

DATED:   August 03, 2010
Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge